FILED
Sep 16 2026
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY s/ DDE DEPUTY

Complaint:

**Contents**

'26CV5350 RBM DEB

Accusation against Bill Gates: 2
Evaluation for my accusation against Bill Gates: 5
MSRW: 5
The plot among the Saudi Arabian/Al Waleed bin Talal Al Saud as part of some powerful group, and some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers Mario Chemali, Salah Zoghby, since the eighties: 7
Attached to Accusation against Bill Gates: 16
Accusation against Sam Altman: 16
In Summary: 17
Evaluation: 27
Illegal Force: 28
Source of Illegal Force: 33
Definition of Psychic reading and soul reading: 42
Example of Psychic reading and soul reading: 43
The situation from 2016 to today's date: 44
My schedule of the new cycle of Adam and Eve is similar to the schedules of The Creator/God with the prophets referenced in holy books: 46

Plaintiff: Zinia Ezzet Boutros

1215 Betts St. El Cajon Ca 92020

(619)2443235 boutroszinia@yahoo.com

v.

Defendant: Bill Gates

Microsoft Corporation main corporate headquarters

One Microsoft Way, Redmond, WA 98052

**Accusation against Bill Gates:**

Note: I have been explaining the crime to the federal court since April 2016 and to state court since 2026 until now.

***Please refer to Accusation against Sam Altman, inside this document.***

***Please refer to my federal case 26CV2608DMSJLS***

***Please refer to my federal case 26CV2459TWRBLM***

***Please refer to my federal case 26CV3124JESDEB***

***Please refer to my state case 26CU000836C***

***Please refer to my state case 26CU031151C***

***Please refer to my state case 26CU025593C***

I am filing a federal case against Bill Gates as I saw, around 2025, that OpenAI, Inc., the company that Microsoft Corporation owns 27% of it, where Bill Gates, the co-founder of Microsoft Corporation, and where he serves in it now as a technical director, has artificial intelligence programs and projects, specialized with Archeology, that are fed hiddenly and secretly, with my harvests robbed from my private brain using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, by the criminal, Al Waleed bin Talal Al Saud as part of the powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, and agreement with them.

My stolen harvests of my innovations of creations, formulas, and designs of my private items of my schedule of the new cycle of Adam and Eve, that have been under The Creator/God supervisions, since the connection of The Creator/God that started with me, in 2003; my stolen harvests that will explain and interpret the ruins of the world, specifically, the ruins of the Pyramid of Egypt.

My stolen harvests that have been acquired from my private brain, secretly and hiddenly, without my knowledge and my permission, when there has been an illegal force was formed against me, since the eighties, by the criminal, Al Waleed bin Talal Al Saud as part of the powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, and agreement with them.

Starting 2023 I saw, since the eighties, the criminal, Al Waleed bin Talal Al Saud as part of the powerful group had full knowledge that my existence and USA existence are one unbreakable entity inside the ruins of the Pyramid of Egypt.

Starting 2023 I saw, the criminal, Al Waleed bin Talal Al Saud as part of powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, since the eighties, had read my life path with scanning its data from birth to death, secretly, using the forbidden soul reading that was infringing my inviolabilities and saw my chosen entities in my private brain, in advance and before I start, since I have the connection with the Creator/God that inserted inside me "Work Assignments."

Starting 2023 I saw, since the eighties, the criminal, Al Waleed bin Talal Al Saud as part of powerful group decided to rob, in advance, before I start, secretly and hiddenly, my innovations of my creations, formulas and designs of my private items of my schedule of the new cycle of Adam and Eve, that has "The Origin of The Stone"/"The origin of Al Qaeda", "The Origin of The Kingdom", "The Queen of Universe", and others, from A to Z with their insights and visions, and with their business specifications and technical specifications as a Software Engineer from my private brain, that no one would know about, no one would think about, and no one would know how to do, that I prepared and created for "The Work Assignments" that was inserted inside me, by the Creator/God. Al Waleed bin Talal Al Saud as part of powerful group inserted my stolen harvests in my chosen entities, before I start, when these specific chosen entities were small, bought stakes of these specific chosen entities, and he made wealth of billions then trillions, when these specific entities became big, after passing me and passing the White House, since the eighties, nineties and at the beginning of the third millennium, secretly, without the White House's knowledge and without my knowledge and my permission.

In 2025, I saw Al Waleed bin Talal Al Saud as part of powerful group, continued the process of robbing my harvests from my private brain, using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop,, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, and Al Waleed bin Talal Al Saud as part of the powerful group, all together, instead of alerting the White House, police, and FBI, since the eighties, they have been feeding artificial intelligence programs of companies, specialized with Archeology, inside and outside USA, with my stolen harvests of my

innovations of creations, formulas, and designs of my private items, under the connection of The Creator/God with me, in order to hide and erase my existence and USA existence bonded together as one unbreakable entity, inside the ruins of the world, specifically, the Pyramids of Egypt, as he has been plotting to erase me, erase my schedule of the new cycle of Adam and Eve, and dismantle it, since the eighties. ***Please refer to The plot among the Saudi Arabian/Al Waleed bin Talal Al Saud as part of some powerful group, and some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers Mario Chemali, Salah Zoghby, since the eighties.***

**Evaluation for my accusation against Bill Gates:**

*Please refer to evaluation.*

**MSRW:**

**M:**ario Chemali, **S:**alah Zoghby, **R:**affi Oghassabian and Al **W:**aleed bin Talal Al Saud ((relative of King of Saudi Arabia)

Starting 2017, I saw the criminal, the American Lebanese instigator/Reader/robber, Mario Chemali, performed the forbidden soul reading on my private brain and saw my schedule of the new cycle of Adam and Eve, starting 1981, and he decided to perform the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, in order to rob my private items of this specific schedule, in advance, before I start, by making business transactions with Saudi Arabian groups and some private sector of Hollywood.

In 1983, the criminals, the American Lebanese instigators/Readers/robbers Salah Zoghby, Raffi Oghassabian, were added to perform the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, in order to rob my private items of this specific schedule and to make business transactions from this specific schedule by contacting Saudi Arabian groups and some private sector of Hollywood. Starting 2017 to 2022, I didn't know the Saudi Arabian figures who were involved in this crime, but I saw my Saudi Arabian schoolmates knew about the criminals, the American Lebanese instigators/Readers/robbers Mario Chemali, Salah Zoghby, Raffi Oghassabian, and helped them in creating incidences for me before 1986.

Starting 2023 I saw one of the Saudi Arabian figures who were part of the crime, since 1981, was the Saudi Arabian, Al Waleed bin Talal Al Saud (relative of King of Saudi Arabia), because in 1983, Mario Chemali created an incidence for me and my Saudi Arabian and Iraqi schoolmates to see Al Waleed bin Talal Al Saud and his girlfriend in person; an incidence was done in order to put directions of precautions points, secretly since there was crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, to monitor my private brain, using the forbidden secret soul reading, and to find out whether I figured out Al Waleed bin Talal Al Saud, was part of the crime, in order to act accordingly and continue the process of the crime of robbing my harvests.

**The plot among the Saudi Arabian/Al Waleed bin Talal Al Saud as part of some powerful group, and some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers Mario Chemali, Salah Zoghby, since the eighties:**

In summary, since I filed my federal case in 2016, I wanted to work on my private items of my schedule of the new cycle of Adam and Eve, from a new specialized department inside the White House, where chosen entities, will participate, after my explanations to the reason for this department and my suggestions to which entity is chosen with proof, since I have the connection with the Creator/God that inserted inside me "Work Assignments."

In 2007, I saw Microsoft was one of my chosen entities.

In 2023, I saw the criminal, Al Waleed bin Talal Al Saud (relative of the Saudi Arabian king) as part of some powerful group, after the directions and instigation of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreements with them, secretly, since the eighties, they have 100% full knowledge, since the eighties, using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box, 24/7, that The God/Creator is repeating us, that I am the creator of the Adam and Eve and that all of my items are in the current ruins of the world. These criminals plotted since the eighties, to erase my existence that is tied to the connection of The Creator/God with me, my existence that the connection of The Creator/God made it tied to USA as unbreakable entity in the current ruins of old civilizations, as disrespect to the USA soil and USA

flag, and all countries' flag, which means the crime of reading my soul, before and in the middle of stealing my private items of my private brain related to my schedule of the new cycle of Adam and Eve, under the Creator/God supervision, was against the USA soil and USA flag, and all the countries' flags of the world, because everything had to and must start from the White House, when the White House had no knowledge, that The God/Creator is repeating us, that I am the creator of the Adam and Eve and that all of my items are in the current ruins of the world.

Starting 2023, I saw, the criminal, Al Waleed bin Talal Al Saud (relative of the Saudi Arabian king) as part of powerful group, after the directions and instigations of the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, and agreement with them, since the eighties, in order for them, to reach the target, motive and purpose of their plot; the plot that will make them have the power and control from Saudi Arabia, I mean from the country of Al Waleed bin Talal Al Saud as part of powerful group, when The Creator/God had already chosen the White House of the USA flag and USA soil, to start my schedule of the new cycle of Adam and Eve from, they plotted, after reading my life path with scanning its data from birth to death, since the eighties, using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop; the plot of erasing me, erasing my schedule of the new cycle of Adam and Eve, and dismantling it, secretly was done using multiple illegal actions against me.

Starting 2023 I saw, since the eighties, instead of alerting the White House of USA, police and FBI, by Al Waleed bin Talal Al Saud or by a relative of the Saudi Arabian king, he as being a criminal and as part of powerful group, plotted to impersonate my private brain, with the

criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, in order to rob the future of my schedule of the new cycle of Adam and Eve and its harvests of my private items, which will let them acquire tremendous wealth of trillions using fraud and deceptions without anyone's knowledge; the trillion that will let them have stature and prestige using fraud and deceptions without anyone's knowledge.

Starting 2023 I saw Al Waleed bin Talal Al Saud as part of powerful group, after the directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, have been funding the plot of erasing me, erasing my schedule of the new cycle of Adam and Eve, and dismantling it, in order to acquire all of its private items and its details, including, their richness, stature, and prestige, secretly, when they have 100% full knowledge about this specific schedule, as they had read my life path with scanning its data from birth to death, secretly, since the eighties, using the crime of fraud and deception of performing soul reading on my private brain, that has been infringing my inviolabilities, while some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, have been sponsoring this specific plot against me with their ZERO% knowledge about my schedule of the new cycle of Adam and Eve because they only care about making businesses from my stolen harvests of my schedule of the new cycle of Adam and Eve, and getting their wealth from Al Waleed bin Talal Al Saud as part of powerful group, directly and indirectly, and with/without agreement with him, based on what the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian have been agreeing with them and have been robbing for them.

Starting 2023 I saw Al Waleed bin Talal Al Saud as part of powerful group, after the directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, have been funding the plot, secretly, by imposing the horrible unacceptable painful situation by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak, with its creators, instigators, and participants' voices, against me, that was saying my personal life and my black box loud, in the air inside and outside my former employers' buildings, such as The UPS Store Inc., to deprive me from working in my field as a software engineer, with their 100% full knowledge about my schedule of the new cycle of Adam and Eve and its details.

Starting 2023 I saw, some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after the directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, and agreement with them, have been sponsoring the plot, secretly, by imposing the horrible unacceptable painful situation by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak, with its creators, instigators, and participants' voices, that was saying my personal life and my black box loud, in the air inside and outside my former employers' buildings, such as The UPS Store Inc., to deprive me from working in my field as a software engineer, with their ZERO% knowledge about my schedule of the new cycle of Adam and Eve and its details, while Mario Chemali, Salah Zoghby, Raffi Oghassabian have 100% knowledge about this specific schedule..

Starting 2023 I saw, Al Waleed bin Talal Al Saud as part of powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, have been funding the plot, secretly, by robbing my harvests of my schedule of the new cycle of Adam and Eve, that has "The Origin of The Stone"/"The origin of Al Qaeda", "The Origin of The Kingdom", "The Queen of Universe", with their insights and visions from my private brain while depriving me from working in my field, software engineer; they have 100% full knowledge this specific schedule is similar to the schedules of The Creator/God with the old prophets in the holly books, ***Please refer to My schedule of the new cycle of Adam and Eve is similar to the schedules of The Creator/God with the prophets referenced in holy books;*** they have 100% full knowledge they the Creator/God had already chosen the USA/White House to start my schedule of the new cycle of Adam and Eve from, with priority list based on USA flag and USA soil; they have 100% full knowledge I will never work on this schedule's items without the appearance of The Creator/God to me, and without His insertion of "Work assignments" inside me.

Starting 2023 I saw, these specific private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, have been sponsoring the plot, secretly, by robbing my harvests of my schedule of the new cycle of Adam and Eve.

Starting 2023 I saw, Al Waleed bin Talal Al Saud as part of powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario

Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, have been funding the plot, secretly, by buying properties since the eighties, secretly, using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, based on the future of my schedule of the new cycle of Adam and Eve with its insights and visions; Al Waleed bin Talal Al Saud as part of powerful group, made billions and invested them inside and outside USA which shaped the raise of his stature and prestige, where the criminal, Mario Chemali, Salah Zoghby, Raffi Oghassabian followed Al Waleed bin Talal Al Saud's steps as they bought properties since the eighties too, secretly, using the same forbidden soul reading, and made tremendous wealth.

Al Waleed bin Talal Al as part of powerful group would never buy properties since the eighties, without, the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, secretly, had performed the forbidden reading on my private brain, and perceived in this soul reading the future of my schedule of the new cycle of Adam and Eve.

These specific private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak followed Al Waleed bin Talal Al Saud's steps as they bought properties since the eighties too, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers.

Starting 2023 I saw, the criminal, Al Waleed bin Talal Al Saud as part of powerful group, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian and agreement with them, since the eighties, had read my life path with scanning its data from birth to death, secretly, using the forbidden soul reading that was infringing my inviolabilities and saw my chosen entities in my private brain, in

advance and before I start, since I have the connection with the Creator/God that inserted inside me "Work Assignments."

Al Waleed bin Talal Al Saud as part of powerful group decided to rob, in advance, before I start, secretly and hiddenly, my innovations of my creations, formulas and designs of my private items of my schedule of the new cycle of Adam and Eve, that has "The Origin of The Stone"/"The origin of Al Qaeda", "The Origin of The Kingdom", "The Queen of Universe", and others, from A to Z with their insights and visions, and with their business specifications and technical specifications as a Software Engineer from my private brain, that no one would know about, no one would think about, and no one would know how to do, which are equal to my time, my efforts and my money spent, that were lost to this type of fraudulent criminals, due to this type of forbidden soul reading, who were acquiring my stolen harvests, that I prepared and created for "The Work Assignments" that was inserted inside me, by the Creator/God.

My money that is equal to the suffocation and deprivation from working in my field as a software engineer by the illegal force, under the horrible unacceptable and painful situation imposed by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak. An imposed situation that has been suffocating me and each member of my family from all aspects of life, secretly, based on using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop. *please refer to illegal force.*

My stolen harvests, that the criminal, Al Waleed bin Talal Al Saud as part of powerful group had obtained using stealthy way, word by word and letter by letter, on golden plate, and he inserted my stolen harvests inside my chosen entities, in advance and before I chose them, based on my

visions and my insights of my schedule of the new cycle of Adam and Eve, and its future, and he bought their stakes when these entities were small and made his billions after these entities became big, since the eighties, nineties and at the beginning of the third millennium, where the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, followed the same steps of Al Waleed bin Talal Al Saud as part of powerful group, and they bought stocks of these specific entities, and they all made tremendous wealth after these entities became big, since the eighties, nineties and at the beginning of the third millennium.

These specific private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak followed Al Waleed bin Talal Al Saud's steps as they bought stocks of my chosen entities since the eighties too, after directions and instigations of the criminals, the American Lebanese instigators/Readers/robbers.

As a relative of king of Saudi Arabia, Al Waleed bin Talal Al Saud, had spent tremendously greater wealth than the amount of money that was spent by the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, as he bought properties of different type, and bought stakes of entities where the criminals, the American Lebanese instigators/Readers/robbers following Al Waleed bin Talal Al Saud as part of powerful group, in buying properties and stocks, since there was secret plot done by all of them, away from the White House. For this, Al Waleed bin Talal Al Saud as part of powerful group, made much more wealth than the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, and Raffi Oghassabian, as he made billions from using the future of my schedule of the new cycle of Adam and Eve and from using my stolen harvests of this specific schedule,

secretly and hiddenly, then he made trillions from the billions that were made from my stolen harvests as these billions were invested in different fields.

The billions that Al Waleed bin Talal Al Saud as part of powerful group made from my stolen harvests formed for him magnificent fame and high-quality reputation and raised his stature and prestige, where the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, and Raffi Oghassabian, made tremendous wealth secretly too, which raised their stature and prestige among people.

Starting 2023 I saw without sending my harvests of my suggestions and solutions that had my formulas of the world's economic plan, to the USA/White House/president Geroge W. Bush and others, around 2004 to 2007 per The Creator/God request, and I saw without working on the innovation of the creations, the formulas and the design of my private items of my schedule of the new cycle of Adam and Eve that The Creator/God obligated me NOT to say anything about, and to be silent and secretive about them, starting 2007, I will NOT figure out and explain the plot among the Saudi Arabian/Al Waleed bin Talal Al Saud as part of some powerful group, and some private sectors of Hollywood and the radio station of Jeff Detrow and Jerry Cesak, after directions and the instigations of the criminals, the American Lebanese instigators/Readers/robbers Mario Chemali, Salah Zoghby, since the eighties, and agreement with them, as I saw all of them were robbing my private items from my private brain, since the eighties, and had formed the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its instigators, creators, and participants' voices, on me deliberately, which was the reason of my layoffs since 1997-2016 and of trashing my software engineering degree and destructing me and my family in all aspects of life, when all of them were getting tremendous wealth.

**Attached to Accusation against Bill Gates:**

**Accusation against Sam Altman:**

Note: I have been explaining the crime to the federal court since April 2016 until now.

*Please refer to Illegal Force and the Source of the Illegal force.*

I am filing a federal case against Sam Altman as part of the founders of the OpenAI, Inc. because I saw, around 2025 until today's date, 06/03/2026, that OpenAI, Inc., was created in 2015, after my creations, formulas and designs to some of my private items related to my schedule of the new cycle of Adam and Eve, were robbed from my private brain by the illegal force members, whom they have connections with Sam Altman as part of the founders of the OpenAI, in a secret plot, without the knowledge of the founders and owners of the OpenAI, such as Sam Altman; This illegal force has been formed against me by some of the powerful group(See MSRW) with big influence, and some of the private sectors of Hollywood after they were directed against me, secretly, by my old schoolmates from the eighties, the psychic and soul readers, and the instigators, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian who have been reading my private brain since the eighties, and plotted with these particular powerful group(See MSRW) with big influence and some of the private sectors of Hollywood, to impose horrible unacceptable illegal force led by the radio station of Jeff Detrow and Jerry Cesak, against me and my family, in order to rob and empty all of my harvests' efforts from the nook of my private brain, secretly, using the crime of performing the forbidden psychic reading and soul reading, with exploiting my ignorance and my family's ignorance to this type of forbidden reading, without my knowledge and my permission and without people's knowledge, and without the White House's knowledge, on the account of my health, career, and personal life

destruction; this crime was created to rob my schedule of the new cycle of Adam and Eve under the Creator/God supervision that started at the beginning of the third millennium, from 2003 to today's date.

**In Summary:**

As part of robbing some of my private items related to my schedule of the new cycle of Adam and Eve, by the illegal force, using the crime of performing the forbidden psychic and soul reading, on my private brain secretly, that were sold to create OpenAI Inc., by Sam Altman as part of the founders of the OpenAI, Inc., and to create my stolen harvests of my innovations of creations, formulas and designs, as projects in OpenAI Inc., such as the archeology project of explaining the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the archeology project of the old civilization of England, the archeology project that led to create contest of the lost civilization of Amazon, the Stargate project with OpenAI, the USA governance project, the UAE governance project, the Saudi Arabia governance project, the USA governance projects led to global governance project, I saw, after 2017, since the beginning of the eighties, my old schoolmates, the psychic and soul readers, and the instigators, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, instigated some powerful group(See MSRW) and some private sectors of Hollywood. to form illegal force, led by the radio station of Jeff Detrow and Jerry Cesak, against me, in order to perform the crime of the forbidden psychic reading and soul reading on me, secretly, and to rob all of my private items from the nook of my private brain, secretly, after these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian perceived in their crime of performing the forbidden psychic and soul reading on me, secretly, and sharing this forbidden reading with the radio station of Jeff Detrow and Jerry Cesak, that I will have schedule of the new cycle of Adam and Eve under the Creator/God

supervision and His connection, where I am the creator of all of the schedule's items, at the beginning of the third Millenium, from 2003 until today's date. Some of my private items of my schedule of the new cycle of Adam and Eve were the above-mentioned projects related to OpenAI. In this way, these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, who have been part of the crime of the instigation and the forbidden reading, will get tremendous wealth, secretly, from the instigation against me and from either selling or directing the illegal force members to sell, illegally my private items related and not related to my schedule of the new cycle of Adam and Eve under the Creator/God supervision and His connection, from my private brain, when they were all/these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian and the illegal force members, infringing my inviolability and my civil right in this type of reading that not many people are familiar with, and if you ever mentioning it, people would excuse you with hallucination.

These particular powerful group(See MSRW) and these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, using the forbidden reading, have full knowledge of my life data, and they have the full knowledge since the eighties, that I will be creating the above-mentioned projects that were the reasons of creating OpenAI Inc., such as the item of the "Pyramids", which is the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the item of the "England", which is the ruins of the old civilization of England, the item of the "Amazon" which is part of the Lost Civilizations of Amazon, the Stargate project with OpenAI, the USA governance project, the UAE governance project, the Saudi Arabia governance project, the USA governance projects led to global governance project, inside San Diego, Ca, USA, at the beginning of the third millennium, starting 2007, in the connection of The Creator/God with me inside my schedule of the new cycle of Adam and Eve, and when some

members of these powerful group(See MSRW), and these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, have the full knowledge that I am the only one who can explain the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the ruins of the old civilization of England, and the ruins of the Lost Civilization of Amazon, with showing the proof that will explain and interpret these above-mentioned ruins, that have my existence and USA existence bonded together as one unbreakable entity, which are remains of the Pyramids of Egypt in old civilization of Egypt, which are remains of the old England civilizations, and which are remains of the Lost Civilization of Amazon, where USA existence in these above-mentioned ruins, is only bonded with my creations, formulas, and designs of my item of "Pyramids" with its full packages, my item of "England" with its full packages, and my item of "Amazon" with its full packages, in my schedule of the new cycle of Adam and Eve, in the connection of The Creator/God with me, under The Creator/God supervision.

Using the crime of performing the forbidden psychic and soul reading, on my private brain, the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, and these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, under some powerful group(See MSRW) and some private sectors of Hollywood, who all have full knowledge to this crime, robbed my harvests of my private items to the above-mentioned projects in OpenAI, Inc, before and in the middle the connection of the Creator/God, as they have been emptying all of my private items related to my schedule of the new cycle of Adam and Eve, since the eighties until today's date.

Using the crime of performing the forbidden psychic and soul reading, on my private brain, the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, and these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian,

under some powerful group(See MSRW) and some private sectors of Hollywood, who all as part of the illegal force, have been performing the forbidden reading on m private brain 24/7 without stop, therefore, they have full knowledge the real owner of the explanations and interpretations of the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the ruins of the old civilization of England, and the ruins of the Lost Civilization of Amazon, is me, Zinia Boutros under the connection of The Creator/God; and I am the one who must work with the OpenAI Inc's projects specialized with Archeology and others I mentioned above, because I have been creating the item of "Pyramids", the item of "England". and the item of "Amazon", and others I mentioned above, inside San Diego, USA under The Creator/God supervision, since the beginning of the third millennium, starting 2007, when I had created them in the previous civilizations too, but the Creator/God ended us and the remains are in the ruins of the world.

As part of creating OpenAI Inc., with its above-mentioned projects from some of my stolen harvests of my innovations of creations, formulas and designs, related to my schedule of the new cycle of Adam and Eve, under the Creator/God supervision, by Sam Altman as part of the founders of the OpenAI, Inc., without the knowledge of Sam Altman as part of the founders of the OpenAI, Inc.,

I saw in 2017, as part of the people and groups who formed the illegal force led by the radio station of Jeff Detrow and Jerry Cesak, against me since the eighties, secretly, were some powerful group(See MSRW) and some private sectors of Hollywood, after instigating them against me by these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian. In the middle of this crime, I saw these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian have been robbing, secretly, the creations, formulas, and designs of my private items, related and not related to my schedule of the new

cycle of Adam and Eve, under the connection of The Creator/God with me, from my private brain for themselves and to their children, also, these schoolmates have been either selling or directing the illegal force to sell, illegally, these private items from my private brain, to some powerful group(See MSRW) with big influence, and to some private sectors of Hollywood, to create projects inside and outside USA, since the eighties, and kept selling my stolen harvests to create for example, the OpenAI Inc in 2015, to erase me from my schedule of the new cycle of Adam and Eve and to gain tremendous wealth, and they have been gaining/gained wealth and stature and they have been flaunting in my stolen harvests.

I saw after 2017, these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian were part of the plot of instigating the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, to interfere intensively loud in the morsel of my living and in the morsel of living of each member of my family and their children, by infiltrating inside my previous employers' buildings and inside my family's businesses, to create problems and obstacles under imposed painful, harmful, intolerable, unacceptable and inappropriate situation to destroy me, my family's members, and our children in all aspects of our lives, in order to deviate me from understanding that I have a schedule of the new cycle of Adam and Eve and to deviate me from thinking about my private items related to my schedule of the new cycle of Adma and Eve, that were either robbed secretly, by these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, who were parts of forming the illegal force led by the radio station of Jeff Detrow and Jerry Cesal, against me or by these specific schoolmates' directions to the illegal force led by the radio station of Jeff Detrow and Jerry Cesal with its participants, to rob, using the crime of performing the forbidden psychic and soul reading on my private brain, to inside and outside USA, which included my stolen

harvests to create OpenAI Inc in 2015, with its above-mentioned projects that were received in later years, by Sam Altman as part of the founders of the OpenAI, Inc.

I saw, after 2017, these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, were part of the crime of plotting to instigate the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, to say my personal private life intensively loud in the private air, that no one in the world knows about, inside and outside my previous employers' buildings, word by word and letter by letter, starting 2001 with high volume, and randomly loud starting 1997, while they were performing the crime of the forbidden reading on my private brain to find out if I ever figured out about the crime of forming the illegal force against me since the eighties, to find out if ever figured out about the robberies from my private brain, to find out if I ever figured out their participations in the crime of the instigation against me, to find out if I ever figured out their benefits from the instigation, and to find out if I ever figured out their crime of stealing from my private brain, so they act accordingly.

I saw, in 2017, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, who are part of the illegal force, had full knowledge the illegal force was secretly preparing people and groups, to receive my stolen harvests since the eighties, nineties, and the third millennium, and secretly continued the preparation of people and groups, in 2015, such as, Sam Altman as part of the founders of the OpenAI, Inc, to receive my stolen harvests secretly, under the plot of the imposed intensive suffocation on me and each member of my family and our children, by the illegal force, without our knowledge to this crime, where the creators, participants, and instigators of the illegal force, such as, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, have full knowledge about my life and about each member's life in my family using this forbidden reading in order to act accordingly and rob me; therefore, starting 2003, The

Creator/God showed His connection to me and in 2004, He obligated me to speak to the White House as He saw the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, was robbing all the sole unique items from the nook of my private brain related and not related, to my schedule of the new cycle of Adam and Eve, since the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, were saying my personal life intensively loud word by word and letter by letter starting 2001, where the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, who are part of the illegal force, were robbing or directing illegal force members to rob to these specific powerful group(See MSRW) and these specific private sectors of Hollywood, and I was hearing them with their families' voices, as part of the participants, under shock and depression from the imposed situation and seeing my private items on American and International TV, without knowing what was going on. Therefore, I emailed the White House, and stated during president George Bush's tenure, many suggestions and solutions, and I alerted the president that The Creator/God was doing something very big with me, but without stating to president George Bush, that the illegal force was performing the crime of the forbidden psychic and soul reading on my private brain and was saying my personal life loud from this reading, because I wanted to meet the president and explain the crime of performing the forbidden psychic and soul reading on my private brain that I and each member of my family were very ignorant about it,where the illegal force with its creators and members were exploiting our ignorance and the White House ignorance. I got no response from the White House, and I continued the creations, formulas, and designs of my private items inside my private brain to find out that I am creating "Al-Lat, and Al-Uzza", this term was mentioned in the holy book of Quran under Sura Al Najim = Chapter The Star, and to find out I am creating the new cycle of Adam and Eve, where Adam and Eve have references in

the holy books, Torah, Bible and Quran, while these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, as part of the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, continued, secretly, the robberies of my harvests that no one in the world would know about and no one would figure out, from my private brain to give to these specific powerful group(See MSRW) and some private sectors of Hollywood, as a big plot, to pass me as the person who has been working on my creations, formulas, and designs since 2003, to see myself later I needed to contact and start from the White house, but the big plot was to suffocate me under the imposed situation and to pass me, in order to pass me from starting from the White House and made me busy with obstacles and problems, where the illegal force members were choosing people like, Sam Altman as part of the founders of the OpenAI, Inc., since 2001, who have no idea what is going on, to feed companies like, OpenAI, Inc., with my creations, formulas, and designs of my items related to my schedule of the new cycle of Adam and Eve, and the illegal force kept robbing to create OpenAI, Inc., and to feed it with the above-mentioned projects, and in this way, the illegal force erases me and erase the connection of The Creator/God with me that these criminals perceived in their forbidden reading, as if there was no connection of the Creator/God with me, and in this way, these powerful group(See MSRW) get tremendous wealth from my stolen harvests and they can control the world, where the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its instigators, creators, and participants, such as these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, get portions from this tremendous wealth.

Without the Connection of the Creator/God with me, I wouldn't work on creating, formulating and designing my private items inside my private brain to find out I have schedule of the new

cycle of Adam and Eve. Since 2007, I started to work with full concentration on the innovation of my creations, formulas, and designs of my private items of the connection of the Creator/God with me, under the painful, harmful, intolerable, unacceptable and inappropriate situation, that was imposed on me by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its participants, to find out I have schedule of the new cycle of Ada and Eve, to find out I created Adam and Eve, the Pyramids of Egypt inside the old civilization of Egypt, the old civilization of England, and the lost civilization of the Amazon, and others.

Without working on the creations, formulas, and designs of my private items, related and not related to my schedule of the new cycle of Adam and Eve, in the connection of The Creator/God with me, I wouldn't know that the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its instigators, creators, and participants, such as my old schoolmates, the psychic and soul readers and the instigators to this crime, these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, under some powerful group(See MSRW) and some private sectors of Hollywood, had full knowledge, since the eighties, the real owner of the explanations and interpretations of the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the ruins of the old civilization of England, and the ruins of the Lost Civilization of Amazon is me, Zinia Boutros under the connection of The Creator/God, as they saw in their forbidden reading to my life path, I can show the proof that I am the only one who can explain the ruins of the Pyramids of Egypt inside the old civilization of Egypt, under the unbreakable entity of me and USA, because they saw, that I have been creating them inside San Diego, Ca, USA since 2007, under the connection of The Creator/God with me when I had created them in the previous old civilizations, but The Creator/God destroyed the previous old civilizations and He is repeating us.

From 2017 until today's date, I saw, starting 2007, without working on my innovations of my creations, formulas, and designs of my private items, related and not related to my schedule of the new cycle of Adam and Eve, I wouldn't know, my existence and USA existence bonded together as one unbreakable entity in the ruins of all old civilizations.

The painful, harmful, intolerable, unacceptable and inappropriate situation, that was imposed on me and each member of my family, by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak with its instigators, creators, and participants, such as Salah and Raffi, since the eighties with mute, since the nineties with low volume, and since the beginning of the third millennium intensively loud with high volume, was done deliberately, to deviate me from thinking I have schedule of the new cycle of Adam and Eve; when I don't know I have schedule of the new cycle of Adam and Eve, it means I can't create, formulate and design my private items of my schedule of the new cycle of Adam and Eve; in this way, these specific powerful group(See MSRW) and specific private sectors of Hollywood, reach their target of totally separating and deviating my existence, from my schedule of the new cycle of Adam and Eve, under the connection of The Creator/God and reach their target of totally, making me ignorant to explain and interpret the ruins of the Pyramids of Egypt inside the old civilization of Egypt, the ruins of the old civilization of England, and the ruins of the Lost Civilization of Amazon, that are remains of some of the old civilizations of the world; they were forcing ignorance in me to explain and interpret the ruins of the world under the horrible imposed situation by the illegal force, to make me disable and unable to figure out my existence and USA existence bonded together as one unbreakable entity in the ruins of all old civilizations, which was the intention of forming the illegal force by some powerful group(See MSRW) and some private sectors of

Hollywood, who funded and sponsored the crime against me and my family, to erase me from my schedule of the new cycle of Adam and Eve, in order to do my private items of my schedule of the new cycle of Adam and Eve instead of me, in order to get tremendous wealth and in this way they can control the world with hiding the truth of the explanations and interpretations of the ruins, of the world, the truth of my existence and USA existence bonded together as one unbreakable entity in the ruins of all old civilizations, under the connection of the Creator/God, where with Sam Altman as part of the founders of the OpenAI Inc., has been receiving some of them without his knowledge, and where I have been searching everywhere to find out the robberies from my private brain and I saw OpenAI Inc was given my stolen harvests .

**Evaluation:**

An evaluation must be done under the president of USA, president Donald Trump supervision, to give me my civil rights, for the robberies from my private brain, performed as secret plot, by the illegal force led by the radio station of Jeff Detrow and Jerry Cesak, with its instigators, creators, and participants, such as these schoolmates, the Lebanese Salah Zoghby and the American Lebanese Raffi Oghassibian, under these specific powerful group(See MSRW) and these specific private sectors of Hollywood, using the crime of forbidden of psychic and soul reading, that made Sam Altman as part of the founders of the OpenAI, Inc, receive my creations, formulas and designs to some of my private items related to my schedule of the new cycle of Adam and Eve to create OpenAI, Inc., and to create the above-mentioned projects, and to feed them with my stolen harvests.

An evaluation must be done under the president of USA, president Donald Trump supervision, to immediately stop the above-mentioned projects, and to start the investigation.

**Illegal Force:**

Since 2001 until now, continuously, groups of powerful people, who had attained the authorization to act above the law and security, created a continues horrible unacceptable force against me without stop; since 2001 until now, this force has been using one of its members, which is the radio station of Jeff Detrow and Jerry Cesak, with its participants, to breach the law and rules, against me, with attitude that has malicious intention of disrespecting me, despising me, disparaging me, devaluing me, and underestimating me by using dangerous type of forbidden reading which is psychic reading and soul reading that not many people are familiar with; a dangerous reading that infringed my civil rights and my inviolabilities, specifically, inside and outside all of my previous employers under the consent of the human resources, inside my current work, and wherever I went inside and outside USA, with taking advantage of these groups of people's power, inside the White House, inside the police, inside the military base - Camp Pendleton, inside the Navy, and inside and outside USA; this force has been asking prospective coworkers inside and outside career interview, coworkers, colleagues, friends and relatives, to speak to me in the air inside and outside my employes' buildings with showing an attitude to deliberately disrespect me, to despise me, to disparage me, to devalue me, and to underestimate me, filled with seriousness and jokes, and mocks, causing harassment, incorrect termination, repression, and a non-race discrimination, persecution against me, in general where ever I went inside and outside USA since 2001 until now; this force continuously and specifically, it stormed and broke into my job inside my previous employers' buildings from 2001 to 2016 – the beginning of the third millennium, intensively loud, where it was mute since the eighties until 1997, and randomly loud since 1997 to 2001.

Since 2001 until now, continuously, this force's members like the radio station of Jeff Detrow and Jerry Cesak, under the help of some private sectors of Hollywood and the powerful group(See MSRW), have been assembling, tweaking, mixing and harnessing all the hurly burly noises and voices of the participants from strangers, previous/new coworkers, relatives, old/new friends, and the human resources of my previous employers I worked for, through phones network, using Hollywood capabilities, with adding different tones using sound editor.

Since 2001 until now, continuously, this force's members, like the radio station of Jeff Detrow and Jerry, have been assigning participants who are psychic readers and soul readers, and have been performing this dangerous forbidden psychic reading and soul reading on my private brain, which is my black box, have been directing other participants to say my personal life that no one knew about loud in the air, to say how I have been thinking and formulating things word by word and letter by letter, what I have been typing in my computer loud in the air, to say what I have been doing in my office and in my house, loud in the air.

Some of the participants of the radio station of Jeff Detrow and Jerry who are criminals and I name them soul robbers; since 2001 until now, continuously, these soul robbers have been making illegal business deals with this force's creators and members, and have been selling the creations, formulas, and designs of my private items from my private brain, which are my stolen harvests, to this force's creators and members; these soul robbers have been robbing for themselves and for their children, and have been gaining/gained wealth and stature and flaunted in in my stolen harvests, using the crime of performing the forbidden reading on the nook of my private brain, which is my black box, using this type of psychic reading and soul reading, that is very dangerous and not many people are familiar with and that was imposed on me 24/7 without stop.

I named this force that was created by groups of powerful people who had attained the authorization to act above the law and security, with **"Illegal Force",** *please refer to Source of the Illegal Force*, because, since 2001 until now, continuously, it has been storming and breaking into my career and my personal life, and severely damaged them, with acting deliberately against the law, infringing my civil rights, by performing the dangerous forbidden reading on my private brain and my private soul, using psychic readers and soul readers, on the account of destroying my career, business, health, and life, and enforcing incorrect health record of hearing voices as I was diagnosed with hallucination without seeing a psychiatrist, under the worst kinds of filth, impertinence, depravity, wickedness, villainy, and malignancy.

This illegal force has been interfering in my career, business, health, and personal life that led to career damage, to business destruction, to health damage, and to incorrect file of hearing nonexistent and unrealistic voices in my health record, whether I showed my angriness - boiling in my blood and nerve to my employers and others or not.

This illegal force had caused me health problems, for example, it had caused a cyst in my body, it had caused a deliberate, an incorrect, and an unfair layoff from my previous employers; it has been causing/ had caused damage to my B.S. degree in Computer Science, has been causing / had caused damage to my career path as a software developer, has been causing/ had caused damage to my 401K, has been causing/had caused damage to my previous employers' stock portions, has been causing / had caused damage to my social security portions, has been causing/ had caused financial suffocation, has been causing /had caused banks to not give me loan and to not allow me to refinance due to my employment history, has been causing / had caused damage to my employments and more unacceptable dire consequences like it has been causing/ had caused damage to my businesses and it has been depriving/ deprived me from creating

businesses since 1998, while allowing the robbers who were performing psychic reading and soul reading on my private brain to steal my harvests from my private brain into the business that I wanted to do for my family.

This illegal force had created and has been creating severe waste of my time and creating unacceptable bad career reputation because my previous employers couldn't stop the above of law-imposed situation of the voices that were saying my private brain and my personal life loud in the air that nobody knew and knows about, inside and outside their buildings, and were getting me out because of the voices that were impacting only me. My previous employers were getting me out of work because of their lack of experience in rulers and policies that allowed a radio station of Jeff Detrow and Jerry Cesak inside their building which created bad environment for me.

This illegal force has been controlling/controlled the interval period of my employments/unemployment and has been suffocating/suffocated me financially in order to prevent me from thinking in my harvests of my items and to steal these items.

Since 2001 until now, continuously, while the Illegal Force, using the radio station of Jeff Detrow and Jerry Cesak, with the help of some private sectors of Hollywood and some powerful group(See MSRW), with its participants, have been in continuous process of stealing my future image through psychic reading and soul reading, it has been acting deliberately against the law, infringing my civil rights; it has been involving/ involved through air, voices of domestic and international rulers, presidents and celebrities, and Hollywood figures, to speak to me in the air loud, to show I am/was very important person while it has been deliberately damaging every

aspect in my life and it has been watching me suffer painfully at this damage using this dangerous psychic reading and soul reading.

I have been in contact with the White House since 2004 until today's date.

I didn't know the illegal force, using the radio station of Jeff Detrow and Jerry Cesak, with their participants, have been destroying my family's members and their children too in all aspects of their lives, since 2001 until now, continuously, until after 2016.

After 2016, I saw this illegal force, since 2001 until now, continuously, has been harming/harmed me and has been harming/harmed each member's life in my family, and it has been flipping/flipped upside down our life by burning our education, by damaging our health records, by destroying our careers, by destroying our businesses and by destroying our personal life, using this crime of performing the forbidden reading on our private brain, which has been causing/ caused misery and distress in our life, has been inflicting/ inflicted severe suffering, hardship, and trauma in our life.

Since 2001 until now, continuously, the illegal, had/ has been distancing us and distancing our children from our original normal life path, career path and our original normal offspring to uproot the creations, formulas, and designs of my private items of my private brain using this type of dangerous forbidden reading of psychic reading and soul reading, in order to rob my image of leading USA and the world.

The illegal force led by the radio station of Jeff Detrow and Jerry Cesak have plotted a unique, solo, secretive and hidden dangerous criminal conspiracy, using psychic reading and soul

reading, on the nook of my private brain to the ultimate level of clarity, accuracy, and preciseness *please refer to The Definition Psychic reading and soul reading.*

**Source of Illegal Force:**

After 2016, I saw, in the eighties, schoolmates in the college and university I went to, secretly, performed the forbidden psychic reading and soul reading on my private brain which is my black box, without my knowledge and my permission, and they saw I will have, under the Creator/God supervision, a schedule of the new cycle of Adam and Eve, which has my image that will lead USA and the world, at the beginning of the third millennium, from the White House of USA. These schoolmates saw my schedule that has details of my work harvests of my life path in prepared packages of my private items inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, done by me, Zinia Boutros; these schoolmates never told me anything about performing this dangerous forbidden psychic reading and soul reading on me, other than saying to me, they are readers, and they saw I am queen of universe, in front group of people, which never meant anything to me, back then, in the eighties, because I thought they were saying random prediction to be nice and to flatter me. I thought it was random prediction as I don't believe in this type of reading because I was totally ignorant to this type of reading and because no one explained it to me in details and I never experimenting it loud in front of me to understand what the reader was reading. These schoolmates never told me that this psychic reading and soul reading reads the full life path's data of a person, in any time interval, it reads word by word and letter by letter all the data in a brain; this psychic reading and soul reading is a type of reading that not many people are familiar with and if you ever mention it, people would think you are hallucinating due to its detailed accuracy.

Secretly, 20 to 40 years in advance, I mean in the eighties, using the forbidden psychic reading and soul reading, without caring of infringing my civil rights and my inviolabilities, with deliberately preparing to create problems and obstacles in all aspects of my life and of each member's life in my family, in order to prevent me from working on the creations, formulas, and designs of my private items of my private brain, related and not related to my schedule of the new cycle of Adam and Eve, which has my image, that must lead USA and the world from the White House, I mean, to prevent me from my schedule that has details of my work harvests of my life path in prepared packages of my private items inside my private brain, done by me, Zinia Boutros, and in order to make big businesses and extreme wealth from my harvests of my schedule of the new cycle of Adam and Eve, which has my image, these criminals schoolmates exploited this forbidden psychic reading and soul reading that only very few people are familiar with, plotted with groups of powerful people who have big influence inside and outside USA, and with the radio station of Jeff Detrow and Jerry Cesak, they created illegal force against me and my family, without our knowledge, to rob my harvest of my private items from inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, which has my image, that must lead USA and the world from the White House, I mean, to rob my schedule that has details of my work harvests of my life path in prepared packages of my private items from inside my private brain.

Secretly, the illegal Force, using the radio station of Jeff Detrow and Jerry Cesak, with its participants, with the help of some private sectors of Hollywood and some powerful group(See MSRW) with big influence, was formed against me, since the eighties, after these schoolmates instigating them on me, to rob all of details of my work harvests of my life path in prepared

packages of my private items from my private brain, related and not related to my schedule of the new cycle of Adam and Eve, which has my image of leading USA and the world, from the White House.

After 2016, I saw, since the eighties, secretly, these schoolmates have been watching in their psychic and soul reading, I and my family struggling to go back to our jobs, and to do our businesses and to do new businesses; these jobs and businesses that were robbed deliberately from us to other people, using this crime of psychic and soul reading after instigating the illegal force on me and my family, and these schoolmates were watching the crime of making me and each member of my family painfully suffer, to save our income and our social security, without our knowledge there was secret psychic reading and soul reading imposed on all of us 24/7, I mean to save our ourselves from the damage and destruction this illegal force was forcing and creating in all aspects of our life secretly, without our knowledge.

I call these schoolmates, dangerous criminals because, in order to get extremely wealthy, they plotted with groups of powerful people who have big influence, with the radio station of Jeff Detrow and Jerry Cesak and its participants, which have been part of the illegal force, in forming illegal force against me to destroy me and to rob my image simultaneously in order to erase me from my work harvests of my life path in prepared packages of my private items inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, which has my image that will lead USA and the world, at the beginning of the third millennium, from the White House of USA; these schoolmates and participants of the radio station got tremendous wealth from this type of psychic reading and soul reading after forming the illegal force against me and my family, where the powerful group(See MSRW) robbed my work harvests of my life

path in prepared packages of my private items from inside my private brain, in order to control my private items my schedule of the new cycle of Adam and Eve, of my private brain, not from the White House of USA, after getting my stolen harvests on golden plate, using this dangerous forbidden reading.

In the eighties, these dangerous criminals, who were my old schoolmates, didn't tell me that, under the Creator/God supervision, I will have a schedule of the new cycle of Adam and Eve, which has my image that will lead USA and the world at the beginning of the third millennium, but they had created secret incidences for me only, in the eighties, and had put directions of precaution points in these secret incidences, for their benefit.

After 2016, slowly and gradually, I saw there were secret incidences, with directions of precaution points, created against me since the eighties by schoolmates, by the powerful group(See MSRW), by the illegal force participants and by the radio station of Jeff Detrow and Jerry Cesak; these directions of precaution points that were created in these secret incidences, since the eighties, were done to examine whether I found out the meaning of these directions of precaution points, and where I am in how I understood these directions of precaution points, and in case I figured out the whole meaning of all of these directions of precaution points in details, these schoolmates, by the powerful group(See MSRW), by the illegal force participants and by the radio station of Jeff Detrow and Jerry Cesak, will know whether I understood the main purpose of this plot of creating illegal force that has been following me to destroy my life and each member's life in my family, in order for them to change plots, to act more accordingly with precautions and to prepare themselves to justify their actions in these incidences and to justify their robberies, if I ever use the law against them. The radio station of Jeff Detrow and Jerry Cesak showed themselves intensively loud in the air reading my private brain and my personnel

life in order to see whether I understood psychic readers and soul readers robbed me to powerful group(See MSRW), to Hollywood, to existing businesses and new businesses, inside and outside USA or not.

Also, in the eighties, another schoolmate in the college and university, I went to, secretly, performed the forbidden psychic reading and soul reading on my private brain which is my black box, without my knowledge and my permission; on the contrary of my other schoolmates, this schoolmate had said to me, that I will lead USA and the world at the beginning of the third millennium; but, again, I thought it was random prediction as I don't believe in this type of reading because I was totally ignorant to this type of reading and because no one explained it to me in details and I have never experimenting it loud in front of me to understand what the reader was reading . In the same manner, similar to my other schoolmates, this schoolmate, didn't tell me I will have under the Creator/God supervision, a schedule of the new cycle of Adam and Eve, which has this image that must be led from the White House of USA, by me, and he didn't tell me that this image will be the details of my work harvests of my life path in prepared packages of my private items inside my private brain, done by me for my schedule of the new cycle of Adam and Eve, under the Creator/God supervision.

Since 2003, using my work harvests of my life path, I have been working on my creative items to figure out I have schedule of the new cycle of Adam and Eve, under the Creator/God supervision.

Starting 2003 to 2007, until today's date, under the Creator/God supervision, I was working - creating, designing and formulating my private items ( programs) inside my private brain as details of prepared new packages of my private items inside my private brain to the world that no

one in the world would know about and no one would figure out, using my work harvests of my life path, that has my education of my life path since I was 4 years old inside and outside USA, has my college degrees, has my degree in computer science, and has my career as a software engineer, that led to my creativity, to find out, after working on these creative items, that my schedule is called the new cycle of Adam and Eve, under the Creator/God supervision, and, I am the creator of Adam and Eve. After 2016, gradually and slowly, I saw the powerful group(See MSRW), the private sectors of Hollywood, the radio station of Jeff Detrow and Jerry Cesak and its participants were emptying my private brain using the crime of the forbidden psychic and soul reading, since the eighties.

Starting 2007, I saw I have been creating subjects and contents no one in the world knows about. I saw I had created the item "Pyramids" in the previous cycles of Adam and Eve when the item "Pyramids" has reference to its builder, "Pharaoh" according to the old history, in the current holy books, Torah, Bible, and Quran and it is in the ruins of Pyramids of Egypt. I saw I have been creating this item of "Pyramids" in this current schedule of the new cycle of Adam and Eve, since the beginning of the third millennium, which means that The Creator/God is repeating us.

Starting 2009, I saw I have been creating subjects and contents no one in the world knows about. I saw I had created "Al-Lat and Uzza" in the previous cycles of Adam and Eve that that has reference in the current holy book of Islam, Quran, when I am Christian and not Muslim, but the Creator/God destroyed us on Earth; and I saw I have been creating the item "Al-Lat and Uzza" in this current schedule of the new cycle of Adam and Eve, since the beginning of the third millennium, I found out I was formulating the "Al-Lat, and Al-Uzza", this term was mentioned in AL Quran under Sura Al Najim = Chapter The Star

Also, around 2010 to 2011, I saw I had created Adam and Eve in my previous cycles of Adam and Eve that have reference in all current holy books, Torah of Judaism, Bible of Christianity, and Quran of Islam, but The Creator/God destroyed us, and I have been creating Adam and Eve in this current schedule of the new cycle of Adam and Eve since the beginning of the third millennium.

Gradually and slowly, after 2007, during my work on my schedule of the new cycle of Adam and Eve, I saw all of my private items that I have been creating since the beginning of the third millennium, are in the ruins all over the world after the Creator/God destroyed us.

Since 2003, until today's date, under the Creator/God supervision, I was working - creating, designing and formulating my private items ( programs) inside my private brain as new packages to the world that no one in the world would know about and no one would think about, unless people get inside me using psychic reading and soul reading, which was what happened to me since the eighties, because these criminals, my old schoolmates plotted with these groups of powerful people, some private sectors of Hollywood, the radio station of Jeff Detrow and Jerry Cesak and its participants to destroy me in order to rob my private brain using psychic reading and soul reading due to my new prepared packages of my private items inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, that has my educational life path, and that no one in the world would know about and no one would think about.

Since the eighties, this illegal force has been following me and following each member of my family, using the radio station of Jeff Detrow and Jerry Cesak and its participants, with other

illegal force's members, to destroy us in order to rob and control my new prepared packages of my private items inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, that no one in the world would know about and no one would think about, using my life path since I was 4 years old inside and outside USA, that has my college degrees, has my degree in computer science, and has my career as a software engineer, to start by illegal force, not from the White House of USA, using the forbidden psychic and soul reading, and they got my stolen harvests on golden plate. Starting 1997, this illegal force infiltrated inside my previous employers' buildings, using the radio station of Jeff Detrow and Jerry Cesak and its participants, with other illegal force's members, under the consent of human resources, to paralyze my work in an imposed horrible situation that was stating my personal life and causing obstacles and problems, in order to cause damage and destruction in my life to deviate me from understanding that I have schedule of the new cycle of Adam and Eve, and to prevent me from working on my details of my work harvests of my life path in prepared packages of my private items inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve.

The criminal schoolmates, the powerful group(See MSRW), some of the private sectors of Hollywood, the radio station of Jeff Detrow and Jerry Cesak and its participants, that are part of the illegal force, knew word by word all the packages of my creative items of the new cycle of Adam and Eve, and robbed them, instantly using psychic reading and soul reading – they got my stolen harvests on golden plate with the personality of no ethics, no manners and no morals combined all together with their forbidden crime that no one in the world would do if they were/are respectful and upright people, *please refer to Definition of Psychic reading and soul reading and please refer to Example of Psychic reading and soul reading.*

As I stated in the definition of psychic reading and soul reading and my example of the psychic reading and soul reading, that my private items (programs) related and not related to my schedule of the new cycle of Adam and Eve, reached to inside and outside USA, including the White House, using this robbery of the dangerous forbidden psychic reading and soul reading, I saw hiding this crime of performing the forbidden psychic reading and soul reading that not many people are familiar with, on my private brain and stealing its harvests, with exploiting my ignorance and people's ignorance, and my employers' ignorance to this type of reading, disturbs the scale of justice and makes it inequitable, unfair, not upright, not honorable, and not trustworthy, and has been misleading/will mislead and deceive people who don't know what is going on, and urge and encourage them to respect the robbers who performed and used this dangerous psychic reading and soul reading, with no values and no principles, that led to get my stolen harvests using psychic reading and soul reading on golden plate.

After 2016, I saw, since the eighties until 2016, the illegal Force, using the radio station of Jeff Detrow and Jerry Cesak, with the help of some private sectors of Hollywood and some powerful group(See MSRW), and its participants' voices, which are part of the illegal force, has been following/ followed me spiritually and physically, inside and outside my workplaces, and where ever I have been going/ went inside and outside USA, and robbing the details of my work harvests, through my life path in prepared packages, of my private items from my private brain, based on the crime of performing the forbidden reading on my private brain using psychic readers and soul readers. The crime of this type of reading was, since the eighties until 1997 with

mute, since 1997 to 2001, randomly loud, and since the beginning of the third millennium until now intensively loud.

After 2016, I saw, since the eighties until 2016, I didn't know there was plot that created illegal force, using radio station of Jeff and Jerry, with its participants, imposed on me, 20-40 years in advance, to rob my private items from inside my private brain, related and not related to my schedule of the new cycle of Adam and Eve, which has my image, that must lead USA and the world from the White House, by details of my work harvests, through my life path in prepared packages, done by me, Zinia Boutros, based on the crime of performing the forbidden reading on the nook of my private brain, which is my black box, using psychic reading and soul reading. Everything was done on the account of my destruction and my family's destruction, in all aspects of our life, with swamping us with obstacles and problems, filled with painful suffering, based on secret psychic reading and soul reading, in order to let the illegal force steal the details of my work harvests of my private items from my private brain, related and not related to my image of leading USA and the world, that no one in the world would know about and would think to do, except me.

**Definition of Psychic reading and soul reading:**

Psychic reading/soul reading is a type of reading not many people are familiar with, just like me and my family. If you explain this type of reading to people, they would think you are hallucinating unless you prove it.

Psychic reading and soul reading is a reading that can copy your soul 100% as if it makes the reader experience your soul as you; it can read your soul word by word and letter by letter, and can impersonate your cough and sneeze, can scan the data from your private brain since the

birthday until the last day of your life, and it can take all of the private brain's insights and visions and plannings from your private brain, it can rob "the know how" from the nook of your private brain in your life path.

Psychic reading and soul reading is a type of reading that can read your soul to the ultimate level of clarity, accuracy, and preciseness of reading your Visa card's numbers and bank account without looking at the numbers, also to the ultimate level of clarity and preciseness of reading your private brain when you read foreign book without knowing how to pronounce the words but soul reader would pronounce the words correct loud by performing this type of psychic reading and soul reading on my private brain.

this reader can steal all of these private items. This type of reading can read your life path in details and can read the future.

**Example of Psychic reading and soul reading:**

Around 2016 to 2023, I saw, since the eighties, this illegal force, with the help of these criminal schoolmates, the radio station of Jeff Detrow and Jerry Cesak and some of its participants, exploited the ignorance of people to this dangerous forbidden psychic reading and soul reading, robbed my private items from my private brain through this forbidden psychic reading and soul reading just like they robbed an inventor or an author, before and in the middle of trying to put down the innovation of the creations, the formulas and the design together in writing and start; when this inventor or author tries to start, the invention or the book would be in the market, media, and in the street to buy, before the inventor or the author starts, because of this dangerous forbidden psychic reading and soul reading. In my case, I was working on the innovation of the creations, the formulas and the design of my private items (programs) of my schedule of the new cycle of Adam and Eve, it is like I am an inventor or an author trying to put my private harvests

of these items, into invention or book, and due to this dangerous forbidden psychic reading and soul reading that was performed secretly by these dangerous criminals, I saw my private items (programs) of my schedule of the new cycle of Adam and Eve are in the market, media, and in street to buy, before I start them, when this schedule of the new cycle of Adam and Eve had to start from the White House, respectfully, but my private items related and not related to my schedule of the new cycle of Adam and Eve, reached to inside and outside USA, including the White House, using this dangerous forbidden psychic reading and soul reading.

**The situation from 2016 to today's date:**

*Note: Since 2023, the radio station of Jeff Detrow and Jerry Cesak or some private sectors of Hollywood has been asking some of the powerful group(See MSRW) to speak to me in the air. The radio station of Jeff Detrow and Jerry Cesak or some private sectors of Hollywood brought a device that can mimic the powerful group's voices and made the device speaks to me in the powerful group(See MSRW)' voices since 2023. I am not sure whether this job is mixed between the powerful group(See MSRW)' real voice and their artificial voices or not.*

The radio station of Jeff Detrow and Jerry Cesak or some private sectors of Hollywood has been asking my former coworkers from different companies, presidents of USA, celebrities, and people who participated in speaking to me in the air inside and outside my former employers since 2001 using the radio station of Jeff Detrow and Jerry Cesak, to speak to me in the air since 2016; Also, the radio station of Jeff Detrow and Jerry Cesak or some private sectors of Hollywood brought a device that can mimic these people's voices and made the device speaks to me in these people's voices since 2016.

I am not sure whether this job is mixed between these people's real voice and their artificial voices or not.

This situation of mixing between these people's real voice and their artificial voices is a way to show I am hearing unrealistic and nonexistent voices in order to show I am mentally ill.

The radio station of Jeff Detrow and Jerry Cesak or some private sectors of Hollywood is speaking to me using device mimicking my siblings' voices. My siblings are not speaking to me in the air.

Zinia Boutros Zinia Boutros 06/03/2026

==

An evaluation to the robberies from my private brain, without my permission and my knowledge, using the crime of fraud and deception of performing the forbidden soul reading on my private brain/black box 24/7 without stop, to feed artificial intelligence programs of OpenAI, specialized with Archeology, caused by Al Waleed bin Talal Al Saud as part of the powerful group, after direction and the instigation of the criminals, the American Lebanese instigators/Readers/robbers, Mario Chemali, Salah Zoghby, Raffi Oghassabian, and agreement with them, since the eighties, must be done to give civil rights to me and my family.

Using the forbidden psychic and soul reading on my private brain, Al Waleed bin Talal Al Saud as part of the powerful group, all together, instead of speaking to the White House, they have been feeding artificial intelligence programs of companies, specialized with Archeology, inside and outside USA, with my stolen harvests of my innovations of creations, formulas, and designs

of my private items, under the connection of The Creator/God with me, that will explain and interpret the ruins of the world, specifically, the ruins of the Pyramid of Egypt, when Al Waleed bin Talal Al Saud as part of the powerful group, all together, since the eighties, had full knowledge that my existence and USA existence are one unbreakable entity inside the ruins of the Pyramid of Egypt.

with hiding and erasing my existence and USA existence bonded together as one unbreakable entity, inside the ruins of the Pyramids of Egypt.

**My schedule of the new cycle of Adam and Eve is similar to the schedules of The Creator/God with the prophets referenced in holy books:**

My schedule of the new cycle of Adam and Eve under the Creator/God supervision, is similar to the schedules of The Creator/God to the prophets referenced in the holy books.

My schedule of the new cycle of Adam and Eve under the Creator/God supervision, is similar to the appearance of The Creator/God to the father of the prophets, Abraham; it is similar to the appearance of The Creator/God to prophet, Moses; it is similar to the appearance of The Creator/God to Son of God, Jesus; it is similar to the appearance of The Creator/God to the prophet, Muhammad.