# U.S. District Court

## California Southern - San Diego

Receipt Date: Sep 16, 2026 2:46PM

ZINIA EZZET BOUTROS
1215 BETTS ST
EL CAJON, CA 92020

Rcpt. No: 172303 Trans. Date: Sep 16, 2026 2:46PM Cashier ID: #GR (7483)

| CD | Purpose | Case/Party/Defendant | Qty | Price | Amt |
|---|---|---|---|---|---|
| 200 | Civil Filing Fee- Non-Prisoner | 26CV5350 | 1 | 405.00 | 405.00 |

| CD | Tender | Amt |
|---|---|---|
| CC | Credit Card | $405.00 |
| | Total Due Prior to Payment: | $405.00 |
| | Total Tendered: | $405.00 |
| | Total Cash Received: | $0.00 |

Notice to Persons Making Payment by Check: the full legal notice and Privacy Act Statement can be found at: https://www.casd.uscourts.gov/clerksoffice.aspx under Notice to Customers Presenting Checks. Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.